IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L. by P.L.B and P.L.B., for herself,

    Plaintiffs,

v.                                                       CASE NO. 5:13-cv-178-RS-CJK

JACKSON COUNTY SCHOOL BOARD,

    Defendant.

_____/

## ORDER

Before me is Plaintiff's Motion to Seal Record in This Case (Doc. 3). Defendants have not responded. If the Clerk seals this case, the parties will be unable to file documents electronically. Further, all documents, including orders of the court, will be unavailable to the public. Plaintiff has requested that all filings be sealed in this case, except attorney fee documentation and the court's orders. Upon consideration of this request,

**IT IS ORDERED:**

1. The Clerk will not seal the entire case.

2. Any document which either party wishes to file under seal shall be delivered via hard copy to the Clerk. The Clerk will file such documents under seal if appropriate.

3. The effective date of such filings will be the date that the Clerk posts the filing on the electronic docket.

4. Any document which either party wishes to file not under seal shall be filed electronically by that party.

**ORDERED** on September 24, 2012.

>  **/s/ Richard Smoak**
>  **RICHARD SMOAK**
>  **UNITED STATES DISTRICT JUDGE**