UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L., by P.L.B., and P.L.B., for herself,

    Plaintiffs,

vs.                                    CASE NO.: 5:13-cv-00178-RS-CJK

JACKSON COUNTY SCHOOL BOARD,

    Defendants.

_____/

**DEFENDANT'S NOTICE OF FILING**
**ATTORNEYS' FEES RECORDS UNDER SEAL**

NOTICE IS HEREBY GIVEN that the attorneys for Defendant, JACKSON COUNTY SCHOOL BOARD, has filed under seal undersigned counsels' time records setting forth the time expended in the months of **AUGUST** through **SEPTEMBER, 2013**.  It is requested that these records be and remain under seal until the issue of the Defendant's entitlement to attorney's fees arise.  The time records are summarized as follows:

TOTAL ATTORNEY HOURS FOR THIS FILING:      13.9

TOTAL NON-ATTORNEY HOURS FOR THIS FILING:      0

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2013, I electronically filed the foregoing with the Court by using the CM/ECF system. I further certify that I electronically served the foregoing document by using the CM/ECF system to Rosemary N. Palmer, Esquire, floridalawlady@gmail.com, 5260 Pimlico Drive, Tallahassee, Florida 32309; and to H. Matthew Fuqua, Esq., mfuqua@bffloridalaw.com, Bondurant & Fuqua, P.A., 4450 Lafayette Street, Marianna, Florida 32447.

    /s/ Bob L. Harris
**BOB L. HARRIS**
Florida Bar No. 0460109
bharris@lawfla.com
**S. DENAY BROWN**
Florida Bar No.: 88571
dbrown@lawfla.com
MESSER CAPARELLO, P.A.
P.O. Box 15579
Tallahassee, FL 32317
Telephone:     (850) 222-0720
Facsimile:     (850) 558-0662
*Counsel for Defendant*