UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L., by P.L.B., and P.L.B., for herself,

    Plaintiffs,

vs.                                                  CASE NO.: 5:13-cv-00178-RS-CJK

JACKSON COUNTY SCHOOL BOARD,

    Defendants.

_____/

## DEFENDANT'S MOTION TO COMPEL

COMES NOW the Defendant, JACKSON COUNTY SCHOOL BOARD ("Defendant") by and through the undersigned counsel and pursuant to Rule 37, Federal Rules of Civil Procedure, and moves this court for an order directing Plaintiffs A.L., by P.L.B., and P.L.B., for herself ("Plaintiffs") to respond to Defendant's discovery requests, and to award reasonable expenses, including attorneys' fees, incurred in bringing this motion, and in support thereof states as follows:

1. On March 7, 2014, Defendant properly served Plaintiff with its First Request to Produce and First Interrogatories.

2. Plaintiffs' responses to such requests were initially due on April 9, 2014. On or about April 7, 2014, Plaintiffs filed a Motion for Extension to File Responses to Defendant's First Interrogatories and Request for Production, and Discovery Deadline (doc. 37), wherein Plaintiffs requested a 45 day extension to respond to Defendant's discovery requests, as well as a 60 day extension of the discovery deadline. Following Defendant's Response in Opposition to

Plaintiff's Motion (doc. 39), the discovery deadline, as well as Plaintiff's time to respond to Defendant's discovery requests, was extended to May 7, 2014 (doc. 45).

3. To date, however, Plaintiffs have failed to respond to Defendant's First Request to Produce.

## MEMORANDUM OF LAW

Rule 37(a)(3)(B), Federal Rules of Civil Procedure, provides that:

> [a] party seeking discovery may move for an order compelling an answer, designation, production, or inspection. This motion may be made if: …
> (iii) a party fails to answer an interrogatory submitted under Rule 33; or
> (iv) a party fails to respond that inspection will be permitted – or fails to permit inspection – as requested under Rule 34.

In addition, Rule 37(a)(5)(A), Federal Rules of Civil Procedure, provides that:

> [i]f the motion is granted – or if the disclosure or requested discovery is provided after the motion was filed – the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated motion, the part or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees.

To date, Plaintiffs have failed to respond to Defendant's First Request to Produce. Plaintiffs have further failed to offer any justification for their failure to respond. Plaintiffs have no valid basis for refusing to comply with Defendant's First Request to Produce.

Defendant has incurred expenses and costs, including attorneys' fees, in bringing this Motion. Pursuant to Rule 37(a)(5), Federal Rules of Civil Procedure, Defendant is entitled to an award of such attorneys' fees and costs incurred in preparing this Motion.

## CERTIFICATE OF CONFERRAL WITH OPPOSING COUNSEL

Counsel for Defendant certifies that prior to filing this Motion, they, in good faith, conferred with counsel for Plaintiffs in an effort to obtain the information sought without resort to court actions but such efforts were unsuccessful.

WHEREFORE, Defendant respectfully request entry of an order directing Plaintiffs to serve written responses to Defendant's First Requests for Production of Documents and to produce the requested documents for inspection, awarding Defendant reasonable expenses, including attorneys' fees, incurred in bringing this motion, and for such other relief as this Court deems just.

Respectfully submitted this 9th day of May, 2014.

            /s/ Bob L. Harris
**BOB L. HARRIS**
Florida Bar No. 0460109
bharris@lawfla.com
**S. DENAY BROWN**
Florida Bar No.: 88571
dbrown@lawfla.com
MESSER CAPARELLO, P.A.
P.O. Box 15579
Tallahassee, FL 32317
Telephone:     (850) 222-0720
Facsimile:     (850) 558-0662
*Counsel for Jackson County School Board*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2014, I electronically filed the foregoing Motion with the Clerk of the Court for the Northern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 */s/ Bob L. Harris*
**BOB L. HARRIS**