UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L., by P.L.B., and P.L.B., for herself,

    Plaintiffs,

v.                                                                  Case No. 5:13cv178/RS/CJK

JACKSON COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

On or before Tuesday, May 20, 2014, plaintiffs shall show cause, if any, why the relief sought in Defendant's Motion to Compel (doc. 48) should not be granted. Failure to timely respond will result in an order granting the relief requested, including sanctions.

**DONE AND ORDERED** this 13th day of May, 2014.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**