UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L. and P.L.B.

     Plaintiffs,

vs.                                                CASE NO.: 5:13-cv-00178-RS-CJK

JACKSON COUNTY SCHOOL BOARD,

     Defendants.

_____/

## ATTORNEY'S AFFIDAVIT OF ATTORNEYS' FEES & COSTS

STATE OF FLORIDA
COUNTY OF LEON

     **BEFORE ME,** the undersigned authority, personally appeared BOB L. HARRIS, who is personally known, after being first duly sworn, states that:

     1.     I, BOB L. HARRIS, am the attorney for the Jackson County School Board and I have personal knowledge of the matters and things hereafter set forth.

     2.     To date, Messer Caparello, P.A. has billed the Jackson County School Board a total amount of $32,902.50 for services rendered in conjunction with the prosecution and defense of DOAH Case No. 12-002562.

     3.     To date, Messer Caparello, P.A. has billed the Jackson County School Board a total amount of $20,899.50 for services rendered in conjunction with the defense of the instant action.

     4.     The total billings are evidenced by the attached statements.

5.      Messer Caparello, P.A. has billed the Jackson County School Board at a rate of $150.00 for shareholder and associate attorney time, which is a typical and reasonable fee for these services.

6.      The fee arrangement with the client is the fee customarily charged in this circuit for similar matters.

7.      Affiant has considered and evaluated the factors set forth in Rule 4-1.5 of the Rules of Professional Conduct.

8.      The actual costs incurred by Defendant in DOAH Case No. 12-002562 for which Defendant is entitled to be reimbursed are as follows:

| | | |
|---|---|---|
| Postage | $ | 4.60 |
| Copying Expenses | $ | 26.75 |
| Travel Expenses | $ | 150.96 |
| Telephone Expenses | $ | 10.00 |
| Service of Process | $ | 99.20 |
| **TOTAL COSTS** | **$** | **291.51** |

9.      The actual costs incurred by Defendant in this suit for which Defendant is entitled to be reimbursed are as follows:

| | | |
|---|---|---|
| Record on Appeal | $ | 15.00 |
| Copies from Clerk | $ | 21.74 |
| Telephone Expenses | $ | 25.00 |
| Service of Process | $ | 40.00 |
| **TOTAL COSTS** | **$** | **101.74** |

FURTHER AFFIANT SAYETH NOT.

_____
**BOB L. HARRIS**


Sworn to and subscribed before me this 21st day of July, 2014, by Bob L. Harris, who

personally appeared before me and who is personally known to me, who did not take an oath.

JENNIFER M. SKIPPER
Commission # FF 015580
Expires May 7, 2017
Bonded Thru Troy Fain Insurance 800-385-7019

NOTARY PUBLIC

Jennifer M. Skipper
Printed name

My Commission Expires: 5/7/17

3

MESSER, CAPARELLO & SELF, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100



Page: 1
September 10, 2012
Account No:          745-19433
Statement No:            426177

JCSB V AL/PLB

### Fees

|  |  | Hours |
|---|---|---|
| **08/02/2012** | | |
| BLH | Conferred with staff re: Judge Cleavinger; directions to staff re: service of process of Pam Bimberg; | 0.30 |
| **08/03/2012** | | |
| BLH | Directions to staff re: service of process; | 0.20 |
| **08/06/2012** | | |
| BLH | Directions to staff re: AL case; | 0.20 |
| **08/07/2012** | | |
| DB | Receipt and review of Respondent's pleadings; receipt and review of e-mail correspondence re: same; | 0.20 |
| BLH | Drafted message to group re: resolution meeting; reviewed messages from Rosemary Palmer; reviewed message from Rosemary Palmer re: Motion for Court Reporter, Motion to Dismiss, and Notice of Appearance; | 1.60 |
| **08/08/2012** | | |
| DB | Telephone conference with Bob Harris, Richard Akin and Frank Bondurant re: hearing; | 0.50 |
| BLH | Conferred with Richard Akin re: research; directions to staff re: hearing; prepared for hearing; drafted message to Lois Tepper; reviewed pre-hearing Order from Judge Cleavinger; drafted Notice of Filing Return of Service; directions to staff; conferred by telephone with Frank Bondurant; | 4.80 |
| BLH | Reviewed return of service; reviewed notice of hearing; | 0.20 |
| **08/09/2012** | | |
| DB | Attend telephonic case management conference; Office conference with Richard Akin and Bob Harris re: final hearing preparation and strategy. | 1.20 |
| BLH | Prepared for hearing with Judge Cleavinger; conducted hearing; conferred by telephone with Frank Bondurant and Denay Brown re: hearing; exchanged messages with Frank Bondurant; reviewed Order from Judge Cleavinger re: court reporting; | 3.40 |
| **08/10/2012** | | |
| DB | Receipt and review of various pleadings; confer with Bob Harris and Jennifer Skipper re: same; Conduct research re: electronic verbatim record. | 1.20 |
| BLH | Reviewed Orders from Judge Cleavinger; exchanged messages with Rosemary Palmer; reviewed Rosemary Palmer's pleadings re: response to motion to dismiss; drafted letter to Judge Cleavinger; | 1.70 |

JCSB V AL/PLB

|  |  |  | Hours |
|---|---|---|---|
| **08/13/2012** | | | |
| | BLH | Reviewed Answer and Counterclaim; exchanged messages with Frank Bondurant; compared response to Petition; drafted strategy notes; | 1.10 |
| **08/14/2012** | | | |
| | BLH | Reviewed Answer and Counterclaim; conferred with staff; reviewed Motion for Attorney's Fees Section 57.105; drafted message to Rosemary Palmer; exchanged messages with Frank Bondurant; | 1.70 |
| **08/16/2012** | | | |
| | DB | Email correspondence with Jennifer Skipper re: final hearing; review and analyze Response to Petition and Counterclaim; begin drafting Motion to Dismiss Counterclaim; Conduct research re: same. | 1.90 |
| | BLH | Conferred with Richard Akin re: response to Counterclaim; conferred with Denay Brown; drafted message to Frank Bondurant; | 0.80 |
| **08/17/2012** | | | |
| | DB | Draft Motion to Dismiss Individual Respondents. | 1.20 |
| **08/20/2012** | | | |
| | DB | Office conference with Bob Harris re: JCSB and individual responses to counterclaim. | 0.20 |
| | BLH | Conferred with Denay Brown re: responses to Counterclaim; prepared strategy outline; reviewed Motion to Dismiss; | 1.30 |
| **08/24/2012** | | | |
| | DB | Office conference with Bob Harris re: final hearing preparation; review and compile exhibits. | 3.10 |
| | BLH | Conferred with Denay Brown re: strategy for hearing; drafted questions for witnesses for hearing; | 1.30 |
| **08/25/2012** | | | |
| | BLH | Reviewed Richard's notes; drafted questions for mother; | 0.90 |
| **08/27/2012** | | | |
| | DB | Review and compile final hearing exhibits; telephone conference with Shawn Larkin re: exhibits and witnesses. | 5.90 |
| **08/28/2012** | | | |
| | DB | Draft Pre-trial stipulation; email correspondence with Frank Bondurant re: exhibits and witness list. | 5.60 |
| | BLH | Conferred with Denay Brown; prepared for hearing; drafted witness questions; drafted Motion in Limine; reviewed draft of Pre-Trial Statement of Facts; | 1.60 |
| **08/29/2012** | | | |
| | DB | Review and compile exhibits; conduct research re: counterclaims; begin drafting Motion to Dismiss same. | 9.40 |
| | MRL | Review emails for discussion of recording meetings. | 0.90 |
| | BLH | Revised Motion in Limine; conferred with staff re: research; exchanged messages with Denay Brown; | 0.60 |
| **08/30/2012** | | | |
| | MRL | Review emails for discussion of recording meetings. | 1.60 |

JCSB V AL/PLB

| | | Hours | |
|---|---|---|---|
| BLH | Revised Pre-Trial Stipulation of Facts; conferred with Denay Brown; conferred with Angelina Perez; reviewed proposed Witness List; conferred by telephone with Frank Bondurant; reivewed Order denying Motion to Dismiss; drafted letter to Rosemary Palmer re: stipulation of facts; | 2.60 | |
| BLH | Conferred with Denay Brown re: cases; reviewed draft Motion to Dismiss; reviewed Pre-Trial Stipulation of Facts; drafted letter to Rosemary Palmer; drafted message to group; revised motion to Dismiss; | 1.60 | |

08/31/2012
| | | | |
|---|---|---|---|
| BLH | Prepared for final hearing; drafted chart; exchanged messages with Frank Bondurant; conferred with Denay Brown; reviewed records for hearing; directions to staff; reviewed Motion to Dismiss; directions to staff; revised Pre-Trial Statement of Facts; drafted letter to Judge Cleavinger; conferred with Angelina Perez; reviewed Palmer's Witness List; | 3.90 | |
| BLH | Reviewed filings; drafted letter to Rosemary Palmer; reviewed message from Rosemary Palmer; exchanged messages with Denay Brown re: recordings; | 0.90 | |
| | For Current Services Rendered | 63.60 | 9,472.50 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| BOB HARRIS | 30.70 | $150.00 | $4,605.00 |
| MELANIE LEITMAN | 2.50 | 125.00 | 312.50 |
| DENAY BROWN | 0.20 | 125.00 | 25.00 |
| DENAY BROWN | 30.20 | 150.00 | 4,530.00 |

### Expenses

| | | |
|---|---|---|
| 08/07/2012 | COPYING EXPENSE | 15.00 |
| 08/17/2012 | COPYING EXPENSE | 11.75 |
| | COPYING EXPENSE | 26.75 |
| | Total Expenses | 26.75 |

### Advances

| | | |
|---|---|---|
| 08/13/2012 | TELEPHONE CALLS BOB HARRIS | 10.00 |
| | TELEPHONE CALLS | 10.00 |
| 08/09/2012 | OTHER NOLAN PROCESS SERVERS, LLC RE:SERVICE OF PROCESS OF PETITION FOR DUE PROCESS | 99.20 |
| | OTHER | 99.20 |
| 09/06/2012 | TRAVEL EXPENSES BOB HARRIS RE:MARIANNA, FL, WITNESS PREPARATION/CONFERENCES RE:9/10/12 HEARING | 71.04 |
| | TRAVEL EXPENSES | 71.04 |
| | Total Advances | 180.24 |
| | Total Current Work | 9,679.49 |

**MESSER, CAPARELLO & SELF, P.A.**
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100





Page: 1
October 08, 2012
Account No:      745-19433
Statement No:         429592

JCSB V AL/PLB

## Fees

|  |  |  | Hours |
|---|---|---|---|
| **09/04/2012** | | | |
| | BLH | Prepared for hearing; conferred with Denay Brown; researched rules on inadvertent disclosures; drafted letter to Rosemary Palmer; drafted Affidavit; conferred with Denay Brown; exchanged messages with Frank Bondurant; directions to staff; drafted Motion to Strike Exhibits; directions to staff; | 3.80 |
| | DB | Receipt and review of affidavit and letter re: inadvertently disclosed documents; Confer with Bob Harris re: same; Review, index, and analyze exhibits re: final hearing. | 5.70 |
| | BLH | Prepared for AL III hearing; listened to audio tape; exchanged messages with Frank Bondurant; drafted notes from tape; reviewed case law; prepared questions for witnesses; | 4.90 |
| **09/05/2012** | | | |
| | BLH | Revised Motion to Strike; directions to staff; reviewed message from Rosemary Palmer; conferred with Denay Brown re: exhibits; conference call with Judge Cleavinger; conferred by telephone with Frank Bondurant; prepared for hearing; | 2.30 |
| | DB | Index, organize, and analyze final exhibits. | 4.90 |
| **09/06/2012** | | | |
| | BLH | Prepared for hearing; drafted questions for witnesses; revised questions for Shawn Larkin; traveled to Marianna, Florida for meeting with witnesses; returned to Tallahassee; drafted witness questions; drafted message to Frank Bondurant; | 6.70 |
| | AP | Researched and prepared memo re: the applicability of section 934.03, Fla. Stat., to the taping of IEP meetings and any relevant federal, state, or local laws. | 4.80 |
| | DB | Prepare for, travel to, and attend witness preparation. | 8.90 |
| **09/07/2012** | | | |
| | BLH | Conferred with Angelina Perez re: legal research on 934.03; reviewed Order re: Motion to Dismiss Counterclaim; exchanged messages with Frank Bondurant; prepared for hearing; | 6.20 |
| | DB | Receipt and review of Respondents response to Motion to Dismiss, Motion in Limine, and Notice of Public Hearing; Conduct research re: notice of public hearing; Confer with Bob Harris and Frank Bondurant re: same; Conduct research re: retaliation claims under IDEA; Confer with Bob Harris rE: same; Prepare for final hearing. | 4.40 |
| **09/08/2012** | | | |
| | BLH | Reviewed documents; prepared for final hearing; | 6.40 |

Page: 2
October 08, 2012

Account No: 745-19433
Statement No: 429592

JCSB V AL/PLB

|  | | Hours | |
|---|---|---|---|
| **09/09/2012** | | | |
| BLH | Prepared for final hearing; drafted questions for witnesses; prepared exhibit notebook; researched case law on 934.03; | 7.00 | |
| **09/10/2012** | | | |
| DB | Travel to and attend Final Hearing. | 15.20 | |
| BLH | Traveled to Marianna; conducted final hearing; conferred with School Board personnel; returned to Tallahassee; | 15.50 | |
| **09/17/2012** | | | |
| BLH | Exchanged messages with Shawn Larkin; reviewed article; | 0.20 | |
| **09/18/2012** | | | |
| BLH | Reviewed pleading from Rosemary Palmer; conferred by telephone with Frank Bondurant and Julie Weatherly; drafted strategy notes; | 1.60 | |
| **09/20/2012** | | | |
| BLH | Reviewed message and court order re: sealing; directions to staff; | 0.30 | |
| **09/21/2012** | | | |
| DB | Email correspondence with Bob Harris and Jennifer Skipper re: transcript and recommended order. | 0.20 | |
| BLH | Exchanged messages Frank Bondurant and Denay Brown re: transcripts and proposed final order; draft proposed final order; received telephone call from Shawn Larkin; directions to staff re: DOAH docket; | 2.60 | |
| **09/24/2012** | | | |
| BLH | Exchanged messages with Frank Bondurant re: transcript; | 0.30 | |
| | For Current Services Rendered | 101.90 | 14,925.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| BOB HARRIS | 57.80 | $150.00 | $8,670.00 |
| ANGLINA PEREZ | 4.80 | 75.00 | 360.00 |
| DENAY BROWN | 39.30 | 150.00 | 5,895.00 |

### Advances

| | | |
|---|---|---|
| 09/12/2012 | TRAVEL EXPENSES BOB HARRIS RE:ATTEND HEARING ON RECORDING PETITION | 79.92 |
| | TRAVEL EXPENSES | 79.92 |
| | Total Advances | 79.92 |
| | Total Current Work | 15,004.92 |

MESSER, CAPARELLO & SELF, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA  32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

Page: 1
November 07, 2012
Account No:          745-19433
Statement No:           430222



JCSB V AL/PLB

## Fees

|  |  | Hours |
|---|---|---|
| **10/05/2012** | | |
| BLH | Drafted Proposed Final Order; reviewed transcript from court reporter; | 1.70 |
| **10/12/2012** | | |
| BLH | Drafted Proposed Final Order; | 3.40 |
| **10/13/2012** | | |
| BLH | Drafted Proposed Final Order; | 2.60 |
| **10/14/2012** | | |
| BLH | Drafted Proposed Final Order; | 2.10 |
| **10/15/2012** | | |
| BLH | Revised/drafted Proposed Final Order; reviewed transcripts; | 1.60 |
| **10/16/2012** | | |
| DB | Receipt and review of pleadings filed by Petitioners; Receipt and review of correspondence re: conferring with opposing counsel; Conduct research and email correspondence with Bob Harris r: same. | 0.40 |
| BLH | Drafted Proposed Final Order; reviewed volume 2 of transcript; | 3.80 |
| **10/17/2012** | | |
| BLH | Drafted Proposed Final Order; | 0.90 |
| **10/19/2012** | | |
| DB | Telephone conference and email correspondence with Jennifer Skipper re: exhibits. | 0.30 |
| BLH | Reviewed exhibits for Proposed Final Order; drafted Proposed Final Order; drafted Statements of Facts; | 1.30 |
| **10/21/2012** | | |
| BLH | Drafted Proposed Final Order; | 2.50 |
| **10/22/2012** | | |
| BLH | Completed draft of Proposed Final Order; drafted message to group; received telephone call from Frank Bondurant; exchanged messages with Frank Bondurant re: Proposed Final Order; reviewed revised draft; directions to staff re: Rosemary Palmer; | 3.70 |
| DB | Receipt, review, and revision of draft Proposed Final Order; Confer with Bob Harris re: same. | 3.10 |

| | Account No: | 745-19433 |
|---|---|---|
| | Statement No: | 430222 |

JCSB V AL/PLB

| | | | Hours | |
|---|---|---|---|---|
| **10/24/2012** | | | | |
| DB | Review and revision of Proposed Final Order; Confer with Bob Harris re: same. | | 2.30 | |
| BLH | Reviewed Motion for Extension of Time to file Proposed Final Order from Rosemary Palmer; drafted Proposed Final Order; exchanged messages with Frank Bondurant; | | 6.70 | |
| **10/25/2012** | | | | |
| DB | Confer with Jennifer Skipper re: Proposed Final Order; Review and finalize Proposed Final Order for filing; | | 0.80 | |
| BLH | Several messages and telephone calls re:final draft of Proposed Final Order; reviewed final draft; directions to staff re: filing; | | 1.40 | |
| **10/26/2012** | | | | |
| DB | Receipt and review of Motion to Strike Proposed Final Order; | | 0.20 | |
| BLH | Reviewed final draft of Proposed Final Order; drafted Motion to Strike; directions to staff; reviewed docket; | | 1.10 | |
| **10/30/2012** | | | | |
| BLH | Reviewed Rosemary Palmer's second Motion for Extension to file Proposed Final Order; | | 0.30 | |
| | For Current Services Rendered | | 40.20 | 6,030.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| BOB HARRIS | 33.10 | $150.00 | $4,965.00 |
| DENAY BROWN | 7.10 | 150.00 | 1,065.00 |

### Advances

| 10/18/2012 | OFFICE DEPOT - SUPPLIES | 146.18 |
|---|---|---|
| | OTHER | 146.18 |
| | Total Advances | 146.18 |
| | Total Current Work | 6,176.18 |

**ALL INVOICES DUE UPON RECEIPT.**
**THANK YOU FOR YOUR PROMPT PAYMENT.**

**MESSER, CAPARELLO & SELF, P.A.**
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

|  |  |
|---|---|
| | Page: 1 |
| | December 11, 2012 |
| Account No: | 745-19433 |
| Statement No: | 430764 |

JCSB V AL/PLB

## Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 11/05/2012 | | | | |
| BLH | Directions to staff re: DOAH request; reviewed Orders from Judge Cleavinger; directions to staff; (A.L. 3) | | 1.10 | |
| | For Current Services Rendered | | 1.10 | 165.00 |

### Recapitulation

| Timekeeper | | Hours | Rate | Total |
|---|---|---|---|---|
| BOB HARRIS | | 1.10 | $150.00 | $165.00 |

| | | |
|---|---|---|
| Total Current Work | | 165.00 |
| Previous Balance | | $21,181.10 |

### Payments

| | | |
|---|---|---|
| 11/27/2012 | Payment Received, Thank You. | -6,176.18 |
| | Balance Due | $15,169.92 |
| | Please Remit | $15,169.92 |

ALL INVOICES DUE UPON RECEIPT.
THANK YOU FOR YOUR PROMPT PAYMENT.

**MESSER, CAPARELLO & SELF, P.A.**
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA  32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

Page: 1
January 04, 2013
Account No:      745-19433
Statement No:        431094

JCSB V AL/PLB

Previous Balance                                                                  $15,169.92

Balance Due                                                                      $15,004.92

Please Remit                                                                     $15,004.92

ALL INVOICES DUE UPON RECEIPT.
THANK YOU FOR YOUR PROMPT PAYMENT.

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA  32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

Page: 1
February 05, 2013
Account No:      745-19433
Statement No:      432637

JCSB V AL/PLB

## Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 01/24/2013 |  |  |  |  |
| BLH | Exchanged several messages with Matt Fuqua re: response to Motion for Sanctions; reviewed response filed by Rosemary Palmer; reviewed notice in court dockets by Judge Smoak; drafted message to Matt Fuqua; | | 0.80 | |
|  | For Current Services Rendered | | 0.80 | 120.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| BOB HARRIS | 0.80 | $150.00 | $120.00 |

Total Current Work                120.00

ALL INVOICES DUE UPON RECEIPT.
THANK YOU FOR YOUR PROMPT PAYMENT.

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA  32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

| | | |
|---|---|---|
| | Page: | 1 |
| | | March 05, 2013 |
| Account No: | | 745-19433 |
| Statement No: | | 432956 |

JCSB V AL/PLB

### Fees

Hours

**02/14/2013**
BLH      Received and reviewed Final Order from Judge Cleavinger; drafted
         message to clients re: Final Order; received telephone call from Shawn
         Larkin;                                                                    0.50
         For Current Services Rendered                                              0.50          75.00

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| BOB HARRIS | 0.50 | $150.00 | $75.00 |

Total Current Work                                                                              75.00

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100



| | | | | Page: 1 |
| --- | --- | --- | --- | --- |
| | | | | June 06, 2013 |
| | | | Account No: | 745-19433 |
| | | | Statement No: | 434384 |

JCSB V AL/PLB

## Fees

| | | | Hours | |
| --- | --- | --- | --- | --- |
| 05/17/2013 | | | | |
| DB | Conduct research re: statute of limitations for filing of appeal. | | 0.30 | |
| | For Current Services Rendered | | 0.30 | 45.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
| --- | --- | --- | --- |
| DENAY BROWN | 0.30 | $150.00 | $45.00 |

Total Current Work                                                                                 45.00

ALL INVOICES DUE UPON RECEIPT.
THANK YOU FOR YOUR PROMPT PAYMENT.

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

Page: 1
October 15, 2013
Account No:    745-19433
Statement No:    436350



JCSB V AL/PLB

## Fees

| | | Hours | |
|---|---|---|---|
| **09/03/2013** | | | |
| DB | Office conference with Bob Harris re: case strategy and planning, answer and affirmative defenses. | 0.70 | |
| BLH | (AL 11)  Conferred with Denay Brown re: preparation of Answer and Affirmative Defenses; revised Answer and Affirmative Defenses; drafted message to group re: review; reviewed initial pleading re: Counterclaims against the Jackson County School Board; revised Affirmative Defenses; drafted message to staff re: filing of Answer and Affirmative Defenses. | 1.40 | |
| **09/04/2013** | | | |
| DB | Review of Amended Answer and Affirmative Defenses; Email correspondence with Jennifer Skipper re:  unredacted complaint. | 0.20 | |
| BLH | (AL 11) Reviewed and finalized Answer and Affirmative Defenses; directions to staff re: filing; conferred with Denay Brown. | 0.60 | |
| **09/13/2013** | | | |
| DB | Receipt and review of scheduling order. | 0.20 | |
| **09/16/2013** | | | |
| BLH | (AL 11) Conferred with Denay Brown re: preparation of chart and motion for judgment on the record; reviewed Initial Scheduling Order from Judge Smoak; directions to staff re: Rule 26 Disclosures. | 0.50 | |
| DB | Office conference with Bob Harris re:  strategy and Motion for Judgment on the Record. | 0.20 | |
| | For Current Services Rendered | 3.80 | 570.00 |

| Recapitulation | | | |
|---|---|---|---|
| Timekeeper | Hours | Rate | Total |
| BOB HARRIS | 2.50 | $150.00 | $375.00 |
| DENAY BROWN | 1.30 | 150.00 | 195.00 |

Total Current Work                                                      570.00

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

Page: 1
November 06, 2013
Account No:        745-19433
Statement No:      436631



 ICSB V AL/PLB

**Fees**

| | | Hours |
|---|---|---|
| **10/01/2013** | | |
| DB | Confer with Bob Harris re:  motion for additional pages. | 0.10 |
| **10/02/2013** | | |
| DB | Draft Motion for Enlargement of page limit. | 0.50 |
| **10/10/2013** | | |
| DB | Confer with Bob Harris re:  joint report to enlarge page limit, motion for judgment on the record; Draft proposed join report; Begin drafting Motion for Judgment on the Records, Statement of Facts, and Memorandum of Law; Conduct research re:  same. | 5.10 |
| DB | Confer with Jennifer Skipper re:  claims, second accident documentation. | 0.20 |
| BLH | Exchanged messages with Denay Brown re: Joint Report; reviewed draft Joint Report. | 0.40 |
| **10/15/2013** | | |
| BLH | (AL 11) Conferred with Denay Brown re: joint report; drafted message to Rosemary Palmer re: joint report. | 0.40 |
| **10/21/2013** | | |
| BLH | (AL 11) Reviewed message from Rosemary Palmer re: joint report; directions to staff; drafted message to Rosemary Palmer re: draft joint report. | 0.30 |
| **10/22/2013** | | |
| DB | Confer with Bob Harris and Jim Dean re:  strategy. | 0.20 |
| **10/24/2013** | | |
| BLH | (AL 11) Exchanged messages with Rosemary Palmer; conferred with Denay Brown re: joint report. | 0.30 |
| DB | Review and analysis of proposed joint report; Email correspondence with Bob Harris re:  same. | 0.30 |
| **10/25/2013** | | |
| DB | Telephone conference with Bob Harris re:  joint Report; Review and revise Joint Report; Confer with Bob Harris re:  same; Review and revise Rule 26 disclosures. | 1.10 |
| **10/29/2013** | | |
| BLH | Exchanged several messages with Rosemary Palmer; reviewed and revised draft joint report; finalized joint report; drafted message to Rosemary Palmer re: joint report; directions to staff; reviewed and finalized | |

Page: 2
November 06, 2013
Account No:    745-19433
Statement No:     436631

JCSB V AL/PLB

|  |  | Hours |  |
|---|---|---|---|
|  | joint report filed by Rosemary Palmer; | 1.40 |  |
| DB | Conduct research re:  motion to exclude additional evidence. | 1.10 |  |
| **10/30/2013** |  |  |  |
| DB | Receipt and review of scheduling and mediation order; Begin drafting Motion to Exclude Additional Evidence. | 0.90 |  |
| BLH | (AL 11) Reviewed Scheduling and Mediation Order from Judge Smoak; exchanged messages with Denay Brown re: bench trial. | 0.30 |  |
|  | For Current Services Rendered | 12.60 | 1,890.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| BOB HARRIS | 3.10 | $150.00 | $465.00 |
| DENAY BROWN | 9.50 | 150.00 | 1,425.00 |

Total Current Work                                                                1,890.00

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

Page: 1
December 06, 2013
Account No:        745-19433
Statement No:        437131



Attn:

CLAIM#513337 JCSB V AL/PLB

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 11/05/2013 | | | | |
| DB | Conference with Bob Harris, et al. re: case strategy and preparation. | | 0.10 | |
| | For Current Services Rendered | | 0.10 | 15.00 |

| | Recapitulation | | | |
|---|---|---|---|---|
| Timekeeper | | Hours | Rate | Total |
| DENAY BROWN | | 0.10 | $150.00 | $15.00 |

|  |  |
|---|---|
| Total Current Work | 15.00 |
| Previous Balance | $1,890.00 |

### Payments

| | | |
|---|---|---|
| 11/15/2013 | Payment Received, Thank You. | -1,890.00 |
| | Balance Due | $15.00 |
| | Please Remit | $15.00 |

**ALL INVOICES DUE UPON RECEIPT.**
**THANK YOU FOR YOUR PROMPT PAYMENT.**

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA  32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

|  |  |
|---|---|
| | Page: 1 |
| | January 09, 2014 |
| Account No: | 745-19433 |
| Statement No: | 437551 |

JCSB V AL/PLB

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 12/03/2013 | | | | |
| DB | Conference with Bob Harris re:  case strategy and planning. | | 0.20 | |
| 12/06/2013 | | | | |
| DB | Confer with Jennifer Skipper re:  scheduling deadlines. | | 0.20 | |
| 12/17/2013 | | | | |
| DB | Conference with Bob Harris re:  case strategy and planning. | | 0.10 | |
| 12/27/2013 | | | | |
| DB | Conduct research re:  admission of additional evidence. | | 0.20 | |
| | For Current Services Rendered | | 0.70 | 105.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| DENAY BROWN | 0.70 | $150.00 | $105.00 |

| | |
|---|---|
| Total Current Work | 105.00 |
| Previous Balance | $15.00 |

ALL INVOICES DUE UPON RECEIPT.
THANK YOU FOR YOUR PROMPT PAYMENT.

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA  32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

Page: 1
February 10, 2014
Account No:  745-19433
Statement No:  438102

JCSB V AL/PLB  (a/k/a AL 11)

### Fees

| | | Hours | |
|---|---|---|---|
| 01/09/2014 | | | |
| DB | Conference with Bob Harris re:  motion to exclude additional evidence, discovery; telephone conference with Julie Weatherly re:  same. | 0.40 | |
| 01/28/2014 | | | |
| DB | Office conference with Bob Harris, et al. re:  case status and preparation. | 0.20 | |
| | For Current Services Rendered | 0.60 | 90.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| DENAY BROWN | 0.60 | $150.00 | $90.00 |

Total Current Work  90.00

ALL INVOICES DUE UPON RECEIPT.
THANK YOU FOR YOUR PROMPT PAYMENT.

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100



Page: 1
March 11, 2014
Account No:     745-19433
Statement No:        438654

UCSB V AL/PLB

## Fees

|            |                                                                                                                                                                   | Hours |        |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 02/17/2014 DB | Review and analysis of scheduling order re: expert witness disclosures; email correspondence with Bob Harris re: same.                                         | 0.30  |        |
| 02/18/2014 DB | Office conference with Bob Harris, et al re: case status and preparation.                                                                                      | 0.20  |        |
| 02/20/2014 DB | Conduct research re: additional evidence; draft Motion to Exclude Additional Evidence.                                                                         | 0.50  |        |
| 02/21/2014 DB | Draft Motion to Exclude Additional Evidence; Email correspondence with Bob Harris re: same.                                                                    | 0.90  |        |
| 02/26/2014 DB | Conduct research re: standing issues, age of majority, and graduation issues; Confer with Bob Harris re: same; Email correspondence re: draft Motion for Enlargement and Motion to Exclude Additional Evidence. | 1.10  |        |
| 02/27/2014 DB | Finalize Motion to Exclude Additional Evidence; Confer with Bob Harris re: same.                                                                               | 0.20  |        |
| 02/28/2014 DB | Receipt and review of correspondence re: consult for motion to exclude additional evidence.                                                                    | 0.20  |        |
|            | For Current Services Rendered                                                                                                                                      | 3.40  | 510.00 |

Recapitulation

| Timekeeper     | Hours | Rate     | Total    |
|----------------|-------|----------|----------|
| DENAY BROWN    | 3.40  | $150.00  | $510.00  |

Total Current Work                                                                                                   510.00

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100



|  | |
|---|---|
| | Page: 1 |
| | April 04, 2014 |
| Account No: | 745-19433 |
| Statement No: | 439123 |

CLAIM#  JCSB V AL/PLB

## Fees

|  |  | Hours |
|---|---|---|
| **03/05/2014** | | |
| DB | Conference with Bob Harris re: discovery deadline and necessary discovery requests; Confer with Jennifer Skipper re: rule 26 disclosures. | 0.30 |
| **03/07/2014** | | |
| DB | Review and amend interrogatories and request to produce; Email correspondence with Bob Harris re: same. | 0.70 |
| **03/14/2014** | | |
| DB | Receipt and review of Motion for Extension of Time to Respond to Motion to Exclude Additional Evidence; Review of Attorney Time Record Filings; Email correspondence with Bob Harris and Jennifer Skipper re: same. | 0.10 |
| BLH | Reviewed discovery request from Rosemary Palmer. | 0.20 |
| **03/17/2014** | | |
| DB | Review and analysis of Plaintiffs' Response to Motion to Exclude Additional Evidence. | 0.40 |
| **03/20/2014** | | |
| DB | Receipt and review of request for production and interrogatories; Conference with Bob Harris re: same; Confer with Bob Harris re: order on motion to exclude additional evidence, discovery requests, and motion for judgment on administrative record. | 0.40 |
| **03/21/2014** | | |
| DB | Email correspondence with Shawn Larkin, Frank Bondurant, et al re: discovery requests; Confer with Jennifer Skipper re: discovery deadline. | 0.40 |
| **03/27/2014** | | |
| DB | Email correspondence re: conference call to discuss discovery requests. | 0.10 |
| **03/28/2014** | | |
| DB | Review and analysis of discovery requests; Telephone conference with Bob Harris, Matt Fuqua, Frank Bondurant, and Shawn Larkin re: discovery requests; Draft discovery responses. | 1.80 |
| | For Current Services Rendered | 4.40 | 660.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| BOB HARRIS | 0.20 | $150.00 | $30.00 |
| DENAY BROWN | 4.20 | 150.00 | 630.00 |

Page: 2
April 04, 2014
Account No: 745-19433
Statement No: 439123

CLAIM JCSB V AL/PLB

## Advances

| | | |
|---|---|---|
| 03/11/2014 | OTHER DOAH – CD for Record on Appeal 12-2562 (AL 3) | 15.00 |
| | OTHER | 15.00 |
| | Total Advances | 15.00 |
| | Total Current Work | 675.00 |
| | Balance Due | $675.00 |
| | Please Remit | $675.00 |

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

Page: 1
May 12, 2014
Account No:     745-19433
Statement No:     439744



 JCSB V AL/PLB

## Fees

|  |  | Hours |
|---|---|---|
| **04/07/2014** | | |
| BLH | Exchanged messages with Rosemary Palmer re: request for extension; reviewed Motion to extend response from Rosemary Palmer. | 0.40 |
| **04/08/2014** | | |
| BLH | Reviewed Plaintiffs' Motion for Extension of discovery and discovery deadline; drafted Defendant's response to request for extension; exchanged messages with Denay Brown re: response to motion; reviewed court docket for Pamela Birnberg; reviewed documents from clerk. | 1.78 |
| **04/09/2014** | | |
| BLH | Reviewed and revised Response to Motion to Extend Discovery; conferred with Denay Brown; directions to staff; reviewed court Order re: filing response to Motion to Extend Discovery; directions to staff. | 1.30 |
| DB | Review and revise response to motion for extension of time; Review and finalize response to motion for extension of time with exhibits; Confer with Bob Harris re: same. | 1.90 |
| **04/10/2014** | | |
| DB | Draft interrogatory responses and written response to request for production; Email correspondence with Bob Harris, Matt Fuqua, and Frank Bondurant re: same; Receipt and review of correspondence re: motion for leave to file reply and extension of deadlines; Receipt and review of motion for leave to file reply and reply; Email correspondence with Bob Harris re: same. | 3.60 |
| BLH | Exchanged messages with Rosemary Palmer re: Motion for reply; drafted message to Rosemary Palmer. | 0.60 |
| **04/14/2014** | | |
| BLH | Reviewed Plaintiffs Motion for Leave to File a Reply; directions to staff; prepared draft revisions to responses to discovery; exchanged messages with Shawn Larkin; exchanged messages with Rosemary Palmer re: Motion to Compel; reviewed draft responses to discovery; drafted message to Denay Brown. | 1.40 |
| **04/15/2014** | | |
| BLH | Conferred with staff re: Petitioners' Motion for Leave to File Reply; reviewed current status of discovery requests; received phone call from Rosemary Palmer; exchanged messages with Rosemary Palmer re: request for extension. | 1.60 |
| JJD | Analysis of issues regarding potential conflicts of interest regarding Plaintiff's counsel's representation of AL and PLB; analysis of standing and | |

Account No:    745-19433
Statement No:    439744

JCSB V AL/PLB

| | | Hours |
|---|---|---|
| | procedural issues regarding PLB serving as representative of AL; analysis of attorney's fees issues. | 0.20 |
| DB | Attend case strategy and planning meeting ; Finalize discovery responses; Email correspondence with Shawn Larkin re: same; Receipt and review of email correspondence re: extension of close of discovery; Confer with Bob Harris re: deadlines for discovery responses and related rules; Conduct research re: same; Receipt and review of Motion for Extension of Time to Complete Discovery. | 2.10 |
| **04/16/2014** | | |
| BLH | Reviewed Motion for Extension filed by Rosemary Palmer; reviewed Order from Judge Smoak re: discovery extension request; conferred with Denay Brown re: Motion for Judgment on the Record; directions to staff re: scheduling and time frames for trial; reviewed Pretrial Order from Judge Smoak; directions to staff re: scheduling; drafted letter to Rosemary Palmer re: Pretrial Order; reviewed final version of responses to discovery. | 1.40 |
| DB | Finalize discovery responses; Email correspondence with Bob Harris, Frank Bondurant, and Matt Fuqua re: same; Receipt and review of motion for extension of time to complete discovery, Pretrial Order, and Order Granting Motion to Extend Time; Conference with Bob Harris re: same; Conference with Bob Harris and Matt Fuqua re: substitution of plaintiff. | 1.00 |
| **04/17/2014** | | |
| BLH | Reviewed message re: revised trial deadlines. | 0.20 |
| DB | Confer with Jennifer Skipper re: scheduling and revised deadlines; Conduct research re: substitution of plaintiff/transfer of interest; Begin drafting Motion re: same; Email correspondence re: mootness. | 2.00 |
| **04/22/2014** | | |
| DB | Draft Motion to Dismiss/Motion to Substitute; Conduct research re: same; Confer with Bob Harris re: same; Email correspondence with Matt Fuqua, Frank Bondurant, and Bob Harris re: same. | 0.50 |
| DB | Email correspondence with Matt Fuqua re: discovery deadline; Conduct research re: same; Draft Motion to Dismiss/Motion to Substitute; Confer with Bob Harris re: same; Email correspondence with Matt Fuqua, Frank Bondurant, and Bob Harris re: same. | 1.10 |
| **04/23/2014** | | |
| DB | Email correspondence with Bob Harris, Matt Fuqua, and Frank Bondurant re: Motion to Dismiss/Substitute; Receipt and review of email correspondence from Rosemary Palmer re: conferral on motion; Confer with Bob Harris re: same; Revise Motion to Dismiss/Substitute. | 1.10 |
| **04/24/2014** | | |
| DB | Conference with Bob Harris re: Motion to Dismiss/Substitute; Email correspondence with Bob Harris and Jennifer Skipper re: mediation. | 0.40 |
| BLH | Conferred with Denay Brown re: mediation; received telephone call from Matt Fuqua; drafted letter to Rosemary Palmer re: mediation; conferred with staff re: discovery schedule (.8); exchanged messages with Rosemary Palmer re: mediation (.2) | 1.00 |
| **04/25/2014** | | |
| BLH | Exchanged messages with Frank Bondurant re: filing of Motion to Dismiss/Substitution; directions to staff; exchanged messages with Rosemary Palmer re: mediation. | 0.40 |

Page: 3
May 12, 2014

Account No:  745-19433
Statement No:  439744

█████████

█████████ JCSB V AL/PLB

| | | Hours | |
|---|---|---|---|
| **04/28/2014** | | | |
| DB | Confer with Bob Harris et. al. re: mediation; Confer with Bob Harris and Jennifer Skipper re: service of motions to substitute Plaintiff; Email correspondence with Shawn Larkin et. al. re: same; Draft Motion for Judgment on Record; Finalize Discovery; Confer with Bob Harris re: same. | 0.90 | |
| BLH | Conferred with Denay Brown; exchange messages with Rosemary Palmer re: mediation dates; drafted message to Rosemary Palmer re: mediation; exchange messages with Matt Fuqua; exchanged messages with Frank Bondurant. | 0.90 | |
| **04/29/2014** | | | |
| DB | Email correspondence re: mediation; Draft Motion for Judgment on the Record and related filings. | 1.90 | |
| | For Current Services Rendered | 27.68 | 4,152.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| JAMES DEAN | 0.20 | $150.00 | $30.00 |
| BOB HARRIS | 10.98 | 150.00 | 1,647.00 |
| DENAY BROWN | 16.50 | 150.00 | 2,475.00 |

### Advances

| | | |
|---|---|---|
| 03/25/2014 | TELEPHONE CALLS BOB HARRIS | 8.00 |
| | TELEPHONE CALLS | 8.00 |
| 04/08/2014 | OTHER RE:COPY OF DOCUMENTS FROM JACKSON COUNTY CLERK OF COURT | 21.74 |
| | OTHER | 21.74 |
| | Total Advances | 29.74 |
| | Total Current Work | 4,181.74 |

█████████     █████████

█████     █████████

| | |
|---|---|
| Balance Due | $4,181.74 |

█████████     █████████

ALL INVOICES DUE UPON RECEIPT.
THANK YOU FOR YOUR PROMPT PAYMENT.

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100



Page: 1
June 05, 2014
Account No:      745-19433
Statement No:       440022

 JCSB V AL/PLB

#### Fees

|  |  | Hours |
|---|---|---|
| **05/02/2014** | | |
| DB | Correspondence re: chronology and mediation. | 0.20 |
| **05/07/2014** | | |
| DB | Confer with Jennifer Skipper re: returns of service and notice of filings; Email correspondence re: discovery responses and Motion to Compel. | 0.40 |
| BLH | Exchanged messages with Rosemary Palmer re: deadlines and Motion to Compel; conferred with Frank Bondurant and Denay Brown. | 0.50 |
| **05/08/2014** | | |
| DB | Receipt and review of discovery responses; Email correspondence with Bob Harris, et. al. re: same; Draft Motion to Compel and Notice of Filing. | 1.40 |
| BLH | Exchanged several messages re: requests for extension and case strategy. | 0.60 |
| **05/09/2014** | | |
| BLH | Reviewed file; exchanged messages with Rosemary Palmer; reviewed and revised Motion to Compel; directions to staff re: filing; exchanged message with Rosemary Palmer re: Motion to Compel; exchanged messages with Rosemary Palmer. | 1.00 |
| **05/12/2014** | | |
| BLH | Reviewed request for consent from Rosemary Palmer; exchanged messages with Matt Fuqua. | 0.40 |
| **05/13/2014** | | |
| BLH | Reviewed Order from Magistrate Judge re: Motion to Compel; reviewed message from Rosemary Palmer re: request for copy of Request for Production. | 0.50 |
| DB | Receipt and review of Order to Show Cause; Email correspondence re: Order and discovery responses; Email correspondence re: deadline for response to Motion to Substitute; Attend case strategy and planning meeting. | 0.50 |
| **05/14/2014** | | |
| DB | Email correspondence re: request for extension to respond to Motion to Substitute; Email correspondence re: discovery responses; Draft Motion for Judgment on the Record and Memorandum of Law; Conduct research re: same. | 1.40 |
| **05/15/2014** | | |
| DB | Receipt and review of Motion for Leave to Late File Response to Motion to | |

█████████████

█████   JCSB V AL/PLB

|  |  | Hours |
|---|---|---|
|  | Substitute; Conference with Bob Harris re: Motion for Leave to Late File, case strategy; Draft Response to Motion for Leave to Late File; Email correspondence with Bob Harris re: same. | 1.70 |
| BLH | Exchanged messages with Rosemary Palmer re: extension to file response to substitute party; exchanged several messages with Matt Fuqua re: Plaintiff's request for extension. | 0.60 |
| **05/16/2014** |  |  |
| BLH | Conferred with Denay Brown and Mark Herron re: ████████████████████; reviewed Order from Judge Smoak re: Motion for Extension of Time to file response. | 0.90 |
| DB | Receipt and review of Order granting, in part, Motion for Extension; Confer with Bob Harris re: same; Draft Motion for Judgment on the Record. | 0.20 |
| MH | Conferred with Bob Harris and Denay Brown re client concerns ████████████████████████████████; reviewed and analyzed ███████████ re same; conferred with Tom Bateman re same; | 0.75 |
| **05/19/2014** |  |  |
| BLH | Conferred with Matt Fuqua re: case strategy; conferred with Denay Brown re: strategy for filing judgment on the record. | 0.50 |
| DB | Receipt and review of Motion for relief from Mediation; Conference call with Bob Harris, Frank Bondurant, and Matt Fuqua re: case strategy; Draft statement of facts and memorandum of law re: Motion for Judgment on Record; Conduct research re: same; Confer with Bob Harris re: same. | 3.10 |
| **05/21/2014** |  |  |
| BLH | Reviewed response to Order to Show Cause from Rosemary Palmer; drafted message to group; conferred with Denay Brown re: responses and Motion for Judgment on the Record; drafted response re: mediation and Order to Show Cause. | 2.10 |
| DB | Receipt and review of Response to Motion to Show Cause and Order re: same; Receipt and review of Order re: Motion for Relief from Mediation; Confer with Bob Harris re: same; Email correspondence re: motion to substitute parties; Draft statement of facts and memorandum of law re: Motion for Judgment on Record; Conduct research re: same. | 6.00 |
| **05/22/2014** |  |  |
| DB | Revise Reply to Plaintiffs' Response to Order to Show Case; Draft statement of facts and memorandum of law re: Motion for Judgment on Record; Conduct research re: same; Confer with Bob Harris re: same. | 5.90 |
| **05/23/2014** |  |  |
| DB | Draft statement of facts and memorandum of law re: Motion for Judgment on Record; Review transcript and exhibits re: same. | 5.30 |
| BLH | Reviewed response by Rosemary Palmer re: Motion to Substitute Parties. | 0.20 |
| **05/26/2014** |  |  |
| DB | Draft statement of facts and memorandum of law re: Motion for Judgment on Record; Review transcript and exhibits re: same; Review and revise Response to Motion for Relief from Mediation Order and Sanctions; Confer with Bob Harris re: same. | 5.10 |
| BLH | Drafted response to Plaintiff's Motion for Relief of Mediation; drafted message to Denay Brown; conferred re: Motion for Judgment on the Record. | 1.40 |

|  |  |
|---|---|
| Account No: | 745-19433 |
| Statement No: | 440022 |

JCSB V AL/PLB

| | Hours |
|---|---|

**05/27/2014**

| DB | Finalize Motion for Judgment on the Record, Statement of Facts, and Memorandum of Law; Review transcript and exhibits re: same; Confer with Bob Harris re: same; Prepare Administrative Record for Filing; Confer with Jennifer Skipper re: same; Receipt and review of Order Granting Motion to Substitute. | 7.90 |
| BLH | Reviewed Memorandum of Law; conferred with Denay Brown re: changes; directions to staff re: filing of response to Plaintiffs' Motion for Relief from Mediation Order; conferred with Denay Brown re: Memorandum of Law and Statement of Facts; revised Memorandum of Law; reviewed Motion for Judgment on the Record; reviewed Order from Judge Smoak granting Motion to Substitute Parties. | 2.10 |

**05/28/2014**

| DB | Email correspondence with Matt Fuqua, et. al. re: Motion for Judgment on the Record; Review and analysis of Plaintiffs' Response to Motion to Substitute re: letter from AL; Conduct research re: same; Office conference with Bob Harris re: letter; Telephone conference with Matt Fuqua and Bob Harris re: same; Begin drafting Motion to Disqualify re: same. | 2.30 |
| BLH | Conferred with Denay Brown re: AL letter; conferred by telephone with Matt Fuqua. | 0.40 |

**05/29/2014**

| DB | Draft Motion to Disqualify; Conduct research re: same; Telephone conference and email correspondence with Bob Harris re: motion to disqualify and affidavit; Email correspondence with Frank Bondurant re: same. | 2.40 |

**05/30/2014**

| DB | Amend and revise Motion to Disqualify; Amend and revise Affidavit of Shawn Larkin; Telephone conference with Shawn Larkin re: motion to disqualify; Telephone conference with Matt Fuqua re: same; Email correspondence with Bob Harris and Matt Fuqua re: motion to disqualify and affidavits. | 2.70 |

| For Current Services Rendered | 58.45 | 8,767.50 |
|---|---|---|

**Recapitulation**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| BOB HARRIS | 11.20 | $150.00 | $1,680.00 |
| MARK HERRON | 0.75 | 150.00 | 112.50 |
| DENAY BROWN | 46.50 | 150.00 | 6,975.00 |

**Advances**

| 05/15/2014 | TELEPHONE CALLS TO/FROM CLIENT | 8.00 |
|---|---|---|
| | TELEPHONE CALLS | 8.00 |
| 05/13/2014 | OTHER HATCHER PROCESS SERVICE RE:SERVICE OF PROCESS TO PLAINTIFF, ANTHONY LONG, MOTION FOR SUBSTITUTION OF PARTY | 40.00 |
| | OTHER | 40.00 |

Page: 4
June 05, 2014
Account No:       745-19433
Statement No:     440022

JCSB V AL/PLB

Total Advances                                    48.00

Total Current Work                            8,815.50

ALL INVOICES DUE UPON RECEIPT.
THANK YOU FOR YOUR PROMPT PAYMENT.

MESSER CAPARELLO, P.A.
2618 CENTENNIAL PLACE
TALLAHASSEE, FLORIDA 32308
TELEPHONE (850)222-0720
E.I.N. 59-2921100

Page: 1
July 03, 2014
Account No:        745-19433
Statement No:        440496



 JCSB V AL/PLB

## Fees

| | | Hours |
|---|---|---|
| **06/02/2014** | | |
| DB | Draft Notice of Voluntary Dismissal; Confer with Bob Harris re: same; Draft and finalize Motions to Disqualify; Review and revise correspondence to Palmer re: dismissals; Receipt and review of Order granting Motion for Relief from Order to Participate in Mediation. | 1.30 |
| BLH | Conferred with Denay Brown re: case strategy; exchanged messages with Mr. Matt Fuqua; drafted letter to Rosemary Palmer; reviewed draft Notice of Voluntary Dismissal; received telephone call from Mr. Shawn Larkin; review Order from Judge Smoak cancelling Mediation; exchanged messages with Mr. Matt Fuqua re: sanctions. | 1.20 |
| **06/03/2014** | | |
| DB | Confer with Jennifer Skipper re: filing of motions to disqualify; Email correspondence re: same. | 0.20 |
| **06/06/2014** | | |
| DB | Confer with Jennifer Skipper re: deadline for response to Motion for Judgment on the Record; Draft Amended Motion to Disqualify; Compile exhibits re: same; Confer with Bob Harris re: same; Email correspondence with Matt Fuqua and Frank Bondurant re: same. | 4.40 |
| **06/11/2014** | | |
| DB | Draft Motion for Case Management Conference; Email correspondence with Bob Harris re: same. | 1.10 |
| **06/12/2014** | | |
| DB | Conference with Bob Harris, Jim Dean, and Jennifer Skipper re: case management and strategy; Amend and revise Motion for Case Management conference; Confer with Bob Harris re: consolidation; Email correspondence with Bob Harris and Matt Fuqua re: same. | 0.30 |
| BLH | Revised Motion for Case Management Conference; directions to staff; reviewed message from Rosemary Palmer. | 0.60 |
| **06/16/2014** | | |
| BLH | Exchanged messages with Rosemary Palmer re: extension request; drafted message to Denay Brown and Matt Fuqua re: Motion for Judgment on the Record; reviewed Motion to Compel filed by Ms. Palmer. | 1.30 |
| **06/17/2014** | | |
| BLH | Conferred with Denay Brown; reviewed Motion for Extension of Time and Motion to Reset Trial Date from Ms. Rosemary Palmer; conferred with staff re: response; reviewed Notice from Judge Smoak; reviewed draft | |

Page: 2
July 03, 2014

| | | Account No: | 745-19433 |
| | | Statement No: | 440496 |

UCSB V AL/PLB

| | | Hours | |
|---|---|---|---|
| DB | Response to Motion for Extension and Motion to Reset Trial Date; directions to staff; reviewed suggestions from Mr. Matt Fuqua. | 1.20 | |
| | Receipt and review of Motion for Extension of Time to File Response/Reply; Email correspondence re: same; Draft Response to Motion for Extension of Time; Confer with Bob Harris re: same. | 1.70 | |
| **06/18/2014** | | | |
| BLH | Directions to staff re: filing of response to Motion for Extension of Time; reviewed offer of settlement from Rosemary Palmer. | 0.70 | |
| DB | Receipt and review of Response to Motion to Disqualify; Receipt and review of offer of settlement; Telephone conferences and email correspondence re: same; Finalize Response to Motion for Extension of Time. | 1.90 | |
| **06/19/2014** | | | |
| BLH | Exchanged messages with Kim Ragan re: settlement and trial report. | 0.20 | |
| **06/20/2014** | | | |
| BLH | Reviewed Order from Judge Smoak granting Plaintiff's request for extension, but denying other requested relief; drafted message to group. | 0.40 | |
| **06/21/2014** | | | |
| BLH | Reviewed Notice of Voluntary Dismissal; directions to staff. | 0.30 | |
| **06/26/2014** | | | |
| DB | Draft Response to Notice of Voluntary Dismissal; Conduct research re: same; Email correspondence with Bob Harris re: same. | 0.70 | |
| | For Current Services Rendered | 17.50 | 2,625.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| BOB HARRIS | 5.90 | $150.00 | $885.00 |
| DENAY BROWN | 11.60 | 150.00 | 1,740.00 |

### Advances

| | | | |
|---|---|---|---|
| 06/17/2014 | TELEPHONE CALLS | | 9.00 |
| | TELEPHONE CALLS | | 9.00 |
| | Total Advances | | 9.00 |
| | Total Current Work | | 2,634.00 |